No. 80–6782. ADAMS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–6784. METZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6788. WOOD *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–6789. KENNEALLY *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 80–6791. KILLION *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–6792. HOPPE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6793. HARRIS *v.* HEGSTROM. Sup. Ct. Ore. Certiorari denied.

No. 80–6794. LaSUMBA *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 80–6795. WARE *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–6796. FARRAKHAN *v.* SEARS, ROEBUCK & CO. C. A. 8th Cir. Certiorari denied.

No. 80–6797. COOPER *v.* MITCHELL, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 80–6798. HUMPHREY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.